# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Shana Renea Nelson, Debtor                    Case No. 23-51404-KMS
                                                       CHAPTER 13

## NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: May 21, 2025             Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236
                                            trollins@therollinsfirm.com
                                            601-500-5533

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Shana Renea Nelson, Debtor                    Case No. 23-51404-KMS
                                                        CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of June and July 2025.
3. Debtor is having surgery and is on temporary leave from work. As such, Debtor cannot afford to make the monthly plan payment. Debtor will return to work and will be able to resume making payments beginning in August 2025.
4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                               /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>SHANA RENEA NELSON | CASE NO: 23-51404-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/21/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>SHANA RENEA NELSON | CASE NO: 23-51404-KMS<br>**CERTIFICATE OF SERVICE<br>DECLARATION OF MAILING**<br>Chapter: 13 |

On 5/21/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-51404-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED MAY 21 11-23-33 PST 2025 | (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | KOALAFI<br>424 HULL STREET SUITE 400<br>RICHMOND  VA 23224-4114 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | ~~EXCLUDE~~<br>~~(D)(P)21ST MORTGAGE CORPORATION~~<br>~~PO BOX 477~~<br>~~KNOXVILLE TN 37901-0477~~ | ~~EXCLUDE~~<br>~~(D)(P)21ST MORTGAGE CORPORATION~~<br>~~PO BOX 477~~<br>~~KNOXVILLE TN 37901-0477~~ |
| AMERICAN CREDIT ACCEPT<br>PO BOX 204531<br>DALLAS  TX 75320-4531 | AMERICAN CREDIT ACCEPTANCE<br>961 EAST MAIN STREET<br>SPARTANBURG  SC 29302-2149 | APELLES<br>3700 CORPORATE DR STE<br>COLUMBUS  OH 43231-5001 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | (P)CREDITNINJA<br>27 N WACKER DRIVE<br>SUITE 404<br>CHICAGO IL 60606-2800 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 | DAVID J CONNER<br>PO BOX 707<br>LUCEDALE  MS 39452-0707 | DEMETRIUS NELSON<br>185 CASTLEWOODS DRIVE<br>STATE LINE  MS 39362-5502 |
| FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS  SD 57117-5524 | GLAXAY INTERNATIONAL P<br>4730 S FT APACHE RD<br>STE 300<br>LAS VEGAS  NV 89147-7947 | HATTIESBURG CLINIC<br>PO BOX 3488<br>TUPELO  MS 38803-3488 |
| KOALAFI<br>424 HULL STREET SUITE 600<br>RICHMOND  VA 23224-4114 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LOCAL GAS COMPANY<br>PO BOX 38<br>BUCKATUNNA  MS 39322-0038 |
| MERCHANTS  MARINE BAN<br>3118 PASCAGOULA ST<br>PASCAGOULA  MS 39567-4215 | (P)MOBILOANS  LLC<br>151 MELACON RD<br>MARKSVILLE LA 71351-3065 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |
| NATIONWIDE RECREATION<br>PO BOX 1028<br>MANDEVILLE  LA 70470-1028 | OAK HILL RENTALS  LLC<br>PO BOX 648<br>MAYFIELD  KY 42066-0033 | OAKHILL RENTALS<br>PO BOX 648<br>MAYFIELD  KY 42066-0033 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| OWN LEASE<br>1207 DELAWARE AVE<br>STE 190<br>WILMINGTON   DE 19806-4743 | PREMIER BANKCARD   LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER  UT 84020-2315 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>GALAXY INTERNATIONAL PURCHASING LLC<br>PO BOX 788<br>KIRKLAND   WA  98083-0788 | REGIONS BANK<br>PO BOX 2224<br>BIRMINGHAM   AL 35246-0001 | (P)STARMARK FINANCIAL LLC<br>800 FAIRWAY DR<br>SUITE 190<br>DEERFIELD BEACH FL 33441-1830 |
| ~~EXCLUDE~~<br>~~(D)(P)MOHELA~~<br>~~CLAIMS DEPARTMENT~~<br>~~633 SPIRIT DRIVE~~<br>~~CHESTERFIELD MO 63005-1243~~ | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ |
| DEMETRIUS ALMONZO NELSON<br>185 CASTLEWOODS DRIVE<br>STATE LINE   MS 39362-5502 | DEBTOR<br>SHANA RENEA NELSON<br>185 CASTLEWOODS DRIVE<br>STATE LINE   MS 39362-5502 | THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM   PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 |