

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 30, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

SHANA RENEA NELSON
185 Castlewoods Drive
State Line, MS  39362

CHAPTER 13 PROCEEDING:

23-51404 KMS

SSN:  XXX-XX-8316

<u>**RELEASE OF WAGES**</u>

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

FORREST GENERAL HOSPITAL
ATTN: PAYROLL DEPT
P.O. BOX 16389
HATTIESBURG, MS  39404

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS  39403
(601) 582-5011

<u>IS  VACATED  AND  THE  ABOVE  NAMED  EMPLOYER  WILL  HENCEFORTH  ACCOUNT
DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net