United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 23-51404-KMS

Shana Renea Nelson                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: ntcds13v | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Shana Renea Nelson, Demetrius Almonzo Nelson, 185 Castlewoods Drive, State Line, MS 39362-5502 |
| 5289800 | + | David J. Conner, P.O. Box 707, Lucedale, MS 39452-0707 |
| 5289801 | + | Demetrius Nelson, 185 Castlewoods Drive, State Line, MS 39362-5502 |
| 5289803 | + | Glaxay International P, 4730 S Ft Apache Rd, Ste 300, Las Vegas, NV 89147-7947 |
| 5289805 | + | Local Gas Company, P.O. Box 38, Buckatunna, MS 39322-0038 |
| 5289806 | | Merchants & Marine Ban, 3118 Pascagoula St, Pascagoula, MS 39567-4215 |
| 5289809 | + | Nationwide Recreation, P.O. Box 1028, Mandeville, LA 70470-1028 |
| 5289810 | + | Oakhill Rentals, P.O. Box 648, Mayfield, KY 42066-0033 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: inchargehq@westcreekfin.com | Sep 23 2025 19:30:00 | Koalafi, 424 Hull Street Suite 400, Richmond, VA 23224-4114 |
| 5289794 | | Email/Text: ebn@21stmortgage.com | Sep 23 2025 19:30:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5296141 | | Email/Text: ebn@21stmortgage.com | Sep 23 2025 19:30:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 5289795 | | Email/Text: bankruptcy@acacceptance.com | Sep 23 2025 19:30:00 | American Credit Accept, P.O. Box 204531, Dallas, TX 75320-4531 |
| 5292575 | + | Email/Text: bankruptcy@acacceptance.com | Sep 23 2025 19:30:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 5289796 | | Email/Text: documents@apellesnow.com | Sep 23 2025 19:30:00 | Apelles, 3700 Corporate Dr Ste, Columbus, OH 43231-5001 |
| 5289798 | | Email/Text: bankruptcy_filings@creditninja.com | Sep 23 2025 19:30:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5289797 | + | EDI: CAPITALONE.COM | Sep 23 2025 23:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5294702 | + | EDI: AIS.COM | Sep 23 2025 23:29:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5289799 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2025 19:39:31 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5289802 | + | EDI: AMINFOFP.COM | Sep 23 2025 23:29:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5289804 | | Email/Text: kristie.pope@hattiesburgclinic.com | Sep 23 2025 19:30:00 | Hattiesburg Clinic, P.O. Box 3488, Tupelo, MS 38803-3488 |
| 5325361 | + | Email/Text: inchargehq@westcreekfin.com | Sep 23 2025 19:30:00 | Koalafi, 424 Hull Street Suite 600, Richmond, VA |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: ntcds13v | Total Noticed: 32 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 23224-4114 |
| 5312621 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 19:39:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5289807 | Email/Text: bankruptcy@mobiloans.com | Sep 23 2025 19:30:00 | Mobiloans, LLC, Attn: Bankruptcy, Po Box 1409, Marksville, LA 71351 |
| 5289808 | Email/Text: EBN@Mohela.com | Sep 23 2025 19:30:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5352929 | Email/Text: EBN@Mohela.com | Sep 23 2025 19:30:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5305764 | + Email/Text: legal@barnmanagementgroup.com | Sep 23 2025 19:30:00 | Oak Hill Rentals, LLC., P.O. Box 648, Mayfield, KY 42066-0033 |
| 5289811 | + Email/Text: support@own.lease | Sep 23 2025 19:30:00 | Own Lease, 1207 Delaware Ave, Ste 190, Wilmington, DE 19806-4743 |
| 5312142 | + EDI: JEFFERSONCAP.COM | Sep 23 2025 23:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5289812 | + Email/Text: ecfbankruptcy@progleasing.com | Sep 23 2025 19:30:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5295907 | EDI: Q3G.COM | Sep 23 2025 23:29:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5289813 | + Email/Text: newbk@Regions.com | Sep 23 2025 19:30:00 | Regions Bank, P.O. Box 2224, Birmingham, AL 35246-0001 |
| 5289814 | Email/Text: bankruptcies@starmarkfin.com | Sep 23 2025 19:30:00 | Starmark Financial, 800 Fairway Dr, Ste 190, Deerfield Beach, FL 33441 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0538-6                    User: mssbad                         Page 3 of 3
Date Rcvd: Sep 23, 2025                 Form ID: ntcds13v                    Total Noticed: 32

Andrew Roberts Norwood
                    on behalf of Defendant US Department of Education drew.norwood@usdoj.gov
                    karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov

David Rawlings
                    ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                    on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Edward E. Lawler, Jr.
                    on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com

Samuel J. Duncan
                    on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                    on behalf of Debtor Shana Renea Nelson trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                    on behalf of Plaintiff Shana Renea Nelson trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 8

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Case No.:  23−51404−KMS
Chapter:  13

In re:

Shana Renea Nelson
185 Castlewoods Drive
State Line, MS 39362

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−8316

Employer Tax Identification No(s). (if any):

---

## Notice of Dismissal

    You are hereby notified that on September 22, 2025, <u>Shana Renea Nelson</u> (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 76). On September 23, 2025, the court entered an *ex parte* order (Dkt. # 77) granting the Debtor's Motion.

    Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.


    Dated: 9/23/25                          Danny L. Miller, Clerk of Court
                                            Dan M. Russell, Jr. U.S. Courthouse
                                            2012 15th Street, Suite 244
                                            Gulfport, MS 39501
                                            228−563−1790