

# INVOICE

Invoice # 8355
Date: 10/03/2025
Due On: 11/02/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Shana Renea Nelson

### 05038-Nelson Shana Renea

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 11/12/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | JC | 11/14/2024 | Reviewed Orders Granting 1st and 2nd Applications for Compensation; reviewed trustee's site to determine amount of attorney's fees paid to date; drafted Invoice, Notice, 3rd Application for Compensation, Affidavit, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.40 | $155.00 | $62.00 |
| Service | KAR | 11/14/2024 | Incoming Call: Telephone conference with debtor regarding her vehicle being totaled in a wreck and what she would need to do about a new vehicle | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/14/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting required information for a vehicle that has been involved in a wreck | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/14/2024 | Drafted email to JC with steps already taken regarding the debtor's wrecked vehicle | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/14/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | KAR | 11/15/2024 | Review and organize documents provided by debtor: Reviewed and organized information regarding the vehicle being totaled provided by debtor via email | 0.20 | $100.00 | $20.00 |

| Service | KAR | 11/15/2024 | Contact Debtor (Text/Email): Reviewed wiki; drafted email to debtor requesting additional information regarding the totaled vehicle | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | JC | 11/15/2024 | Reviewed e-mail memo from TR regarding Notice with Application, Invoice, and proposed Order; revised same; reviewed e-mail memo from SA with attached Affidavit; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.20 | $155.00 | $31.00 |
| Service | KAR | 11/15/2024 | Incoming Call: Telephone conference with debtor stating that Alfa insurance contacted her to give her an estimate on the payout for the totaled vehicle and asked where they should send the payment; I inquired with debtor on whether they sent her any paperwork and she stated that they did not and the insurance company has not even received the police report as of now | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/15/2024 | Drafted email to JC providing additional information regarding the totaled vehicle and the insurance payout | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/18/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, Invoice, and Affidavit for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 11/18/2024 | Review email from debtor: Reviewed email from debtor stating that the police officer that took the report for the accident informed her that the police report should be available by Thursday this week and that she will no longer have transportation once she returns the vehicle she currently has; drafted email to debtor requesting that she sends all of the paperwork once she receives the police report and the insurance documents | 0.20 | $100.00 | $20.00 |
| Service | JC | 11/18/2024 | Reviewed e-mail memo from KAR inquiring where the settlement check needs to go for debtor's car accident and inquiring if she needs to request pay and expenses; reviewed case | 0.20 | $155.00 | $31.00 |

|  |  |  | notes - debtor wants to try to purchase the vehicle without a loan; drafted reply e-mail memo to KAR informing she can wait to obtain pay and expenses as debtor does not want to incur debt at this time and informing that I have e-mailed the trustee's office to find out where to send the funds; reviewed trustee's site to obtain case administrator's name; drafted e-mail to T Fonds inquiring where the settlement funds need to be sent. |  |  |  |
|---|---|---|---|---|---|---|
| Service | KAR | 11/18/2024 | Incoming Call: Telephone conference with debtor requesting the payoff for her Tahoe as the other insurance company wants to know what they need to pay and where the payment needs to be sent; informed debtor that I would have to check on this information and get back to her | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/18/2024 | Reviewed email from JC stating that we are waiting to hear back from the trustee for instructions for where to send the insurance payment | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/18/2024 | Spoke with JC and she stated that we would have to contact the creditor to confirm what the payoff amount is before we could provide that information to the debtor | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/18/2024 | Contact Debtor (Text/Email): Drafted email to debtor informing her that the other insurance company will have to be patient and wait until we can provide them with the information on how much the payoff total is and where to send the payout | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/18/2024 | Reviewed e-mail from debtor requesting a call; called debtor; she explained her car accident, needing another vehicle, what to do with the Tahoe; driving a rental, and the insurance needing payout and account number for vehicle; discussed Motion to Modify to surrender Tahoe and the process/ time; discussed incurring debt and the process/time; discussed settlement funds and where to send - informed her that I have sent an e-mail to the trustee's office to find out where to send; informed her that we will | 0.50 | $155.00 | $77.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | contact the creditor for the payoff for the vehicle but we do not have the account number - that it would be on her statements from the creditor; reviewed trustee's site for creditor; reviewed docket - no POC of American Credit; reviewed confirmed Plan; drafted e-mail memo to TR regarding obtaining payoff. | | | |
| Service | JC | 11/19/2024 | Reviewed e-mail from trustee's office informing she needs insurance settlement information and that the settlement needs to be sent to the trustee; reviewed case notes regarding car accident; reviewed memo from TR inquiring if debtor was injured in the accident; drafted reply to debtor informing the trustee is requesting the name and phone number of the insurance company, the name of the person handling the claim, and the claim #; inquired is she was injured in the accident and iff so, did she file a personal injury claim; informed the settlement will need to be sent to the trustee and provided address; informed we will file a Motion to Modify as soon as we have all of the information we need; informed that to surrender her wrecked vehicle and review for lowering her payments, we will need her to provide the most recent 2 months pay for everyone in the household, along with updated expenses, attached expense form, and requested she return the updated documents to KAR. | 0.30 | $155.00 | $46.50 |
| Service | JC | 11/19/2024 | Reviewed e-mail memo from TR informing I can call the creditor to get the payoff on the wrecked vehicle; drafted text message to debtor requesting she call American Credit Acceptance and give them permission to speak to RLF and requesting she obtain an account number. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/20/2024 | Call Debtor: Reviewed e-mail from debtor providing insurance information, forwarding text messages from insurance rep (did not really apply to us), and providing her American Credit Acceptance information; called debtor to discuss obtaining payoff for 2013 Chevy Tahoe and her e-mail | 0.20 | $155.00 | $31.00 |

| | | | correspondence. | | | |
|---|---|---|---|---|---|---|
| Service | JC | 11/20/2024 | Called American Credit Acceptance to obtain payoff on debtor's Tahoe; provided all identifying information; representative would not provide the amount and stated we will need to get it from the trustee. | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/20/2024 | Drafted e-mail to trustee's office providing insurance information for debtor's Tahoe and requesting payoff amount for same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/20/2024 | Reviewed e-mail from trustee' office informing Brandon with insurance called her yesterday and that she has e-mailed him a direction of pay letter. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 11/22/2024 | Review and organize documents provided by debtor: Reviewed and organized insurance information, updated pay, and expenses provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | BB | 11/22/2024 | Incoming Call: Phone conference with debtor inquiring if jc received her email. Informed the debtor that she did. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/25/2024 | Reviewed Schedule I for debtor's income sources; reviewed pay advices submitted by debtor to make sure she provided for everyone in the household; drafted task memo to JAC requesting she analyze debtor's case to surrender 2013 Chevy Tahoe and to lower payments. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 11/26/2024 | Analyze Case to lower payment | 0.30 | $360.00 | $108.00 |
| Service | JC | 11/27/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor requesting contract showing terms for NFS' car loan. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/02/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if she can sign insurance forms and form to have vehicle moved; drafted reply requesting she provide a copy of the forms. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/02/2024 | Reviewed Bill of Sale and POA submitted by debtor; drafted e-mail memo to TR attaching same and inquiring if debtor should sign them. | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 12/03/2024 | Contact Debtor (Text/Email): Drafted follow-up e-mail to debtor requesting contract showing terms for NFS' car loan. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/03/2024 | Incoming Call: Telephone call from debtor informing she e-mailed NFS' car loan information; reviewed same; organized in case file for JAC's review to analyze case to lower payments. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 12/04/2024 | Review documents provided by debtor on NFS car loan. Update amount of monthly payment on J | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/04/2024 | Reviewed case notes for vehicle description; reviewed Credit Acceptance POC to obtain their address; drafted Notice, Motion to Modify to surrender vehicle, and proposed Order; drafted memo to TR attaching same for his review. | 0.40 | $155.00 | $62.00 |
| Service | JC | 12/04/2024 | Contact Debtor (Text/Email): Prepared Supp I, J and for debtor's signature; drafted e-mail via Clio e-sign to obtain signature. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/04/2024 | Contact Debtor (Text/Email): Reviewed memo from TR informing debtor needs to wait to sign POA and Bill of Sale until we know what the trustee is doing; drafted reply informing the trustee has received the insurance funds; drafted e-mail to debtor informing she needs to wait to sign. | 0.10 | $155.00 | $15.50 |
| Service | TR | 12/04/2024 | Review and approve motion to modify drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/05/2024 | Contact Debtor (Text/Email): Reviewed e-mail memo from TR informing debtor can sign POA and Bill of Sale; drafted e-mail to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/05/2024 | Reviewed memo from TR approving Notice and Motion to Modify; prepared Notice and Motion and envelope for mailing to the creditor; prepared Notice and Motion along with proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | CO | 12/05/2024 | Incoming Call: Phone conference with representative from Oak Hills Rentals | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | with an offer to bring their past due account back into good standing. Drafted email memo to KAR with offer details and contact. | | | |
| Service | JC | 12/05/2024 | Reviewed Supp I, J executed by debtor; revised is Best Case to add e-signature and date; prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 12/06/2024 | Reviewed email memo from CO regarding a creditor that contacted us stating that the debtor was delinquent on her account with them | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/11/2024 | Reviewed debtor's creditors and this debt is unsecured and not being paid through the BK; drafted email to JC for advice on how to proceed with this matter | 0.20 | $100.00 | $20.00 |
| Service | JC | 12/12/2024 | Reviewed e-mail from debtor inquiring if I received a payoff for the Tahoe from the trustee; reviewed trustee's site showing insurance payment received; reviewed Trustee's Response to Motion to Modify stating the payoff amount; drafted e-mail to debtor informing her of the payoff amount. | 0.20 | $155.00 | $31.00 |
| Service | TR | 12/13/2024 | Review: 23-51404-KMS Response Document# 58 | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/16/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if she will the balance left after the insurance settlement is applied to the Tahoe claim; reviewed Trustee's Response to Motion to Modify; drafted reply attaching same and informing trustee requested the balance be reclassified as unsecured. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 12/17/2024 | Contact Debtor (Text/Email): Drafted email to debtor informing her that we were contacted by the creditor regarding her account being delinquent by 4 months and that she would need to contact the creditor to correct this issue | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/17/2024 | Review: 23-51404-KMS Order on Application for Compensation Document# 59 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/01/2025 | Contact Debtor (Text/Email): | 0.20 | $155.00 | $31.00 |

| | | | Reviewed e-mail from debtor informing she received notice that she was receiving mail from the Court but did not; reviewed docket; the most recent mailing was Notice Order Granting 3rd Application; drafted reply to debtor attaching same and explaining it was the last document mailed - mailed 12/19. | | | |
|---------|-----|------------|------|------|----------|---------|
| Service | BB | 01/02/2025 | Reviewed voicemail from a creditor about this debtor. Forwarded voicemail to KAR. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/03/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing her that we received a call from Oak Hills Rentals regarding her payments now being 5 months behind - informed her that they provided a contact number to call them back at to speak with them about possibly getting some assistance with her account | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/06/2025 | Incoming Call: Debtor called to discuss Tahoe that was totaled back in October of 2024, she was wanting to determine if trustee had received check from insurance and if her payment plan will be lowered due to Tahoe being totaled, drafted email to JC and KAR. | 0.20 | $100.00 | $20.00 |
| Service | JC | 01/07/2025 | Contact Debtor (Text/Email): Reviewed memo from VM informing debtor is inquiring if payments have been adjusted from surrendered Tahoe; reviewed docket; Order not yet entered; drafted text message to debtor informing same and informed she will received notice when it is entered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/08/2025 | Call Debtor: Reviewed e-mail memo from CO informing debtor requested a call; called debtor; left voicemail, sent text message informing I tried returning her cal. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/08/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor requesting a call; drafted reply informing I called her about 3 minutes ago and asking her to call me back. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/08/2025 | Incoming Call: Call from debtor; she said that she needs to know what is | 0.30 | $155.00 | $46.50 |

| | | | going on with her payment; explained to her that as I sent to her in the text message a few days ago, we are waiting on the Court to enter its Order, and that once they do, the trustee can adjust her payments to account for the surrendered Tahoe; she said that she doesn't have a vehicle and that she is having to drive from State Line to Hattiesburg every day for work; she said that no one has ever let her know about getting another vehicle; reviewed case notes and informed her that in November, she told me that she was not interested in purchasing a vehicle but that I will be happy to have the information sent to her; explained about incurring debt; drafted task memo for KAR to obtain docs for incurring debt. | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JC | 01/08/2025 | Contact Debtor (Text/Email): Drafted e-mail explaining process of incurring debt and attaching expense form for her to update and return along with 2 months pay advices for everyone in the household | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/14/2025 | Review: 23-51404-KMS Hearing Set - Video Conference. Document# 61 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/23/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing she received a Notice of Hearing and inquiring what it is for and if she needs to attend; reviewed docket for Notice of Hearing; drafted reply informing debtor it is a hearing on the Motion to Modify we filed on surrendering her Tahoe and that Mr. Rollins will attend on her behalf. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 01/24/2025 | Review email from debtor: Reviewed email from debtor inquiring on who filed the motion to modify and if she was required to attend the hearing as well; reviewed Notice of hearing for additional information - drafted email to debtor informing her that the attorney filed the motion and that she is not required to attend any court appearances for her BK unless we explicitly state she is required to attend | 0.20 | $100.00 | $20.00 |
| Service | TR | 02/03/2025 | Review: 23-51404-KMS Minute Entry | 0.10 | $360.00 | $36.00 |

| | | | (CHAP) Document# 63 | | | |
|---|---|---|---|---|---|---|
| Service | JC | 02/05/2025 | Reviewed e-mail from debtor inquiring about results of hearing; reviewed docket and Minute Entry; drafted reply informing the trustee has been given until February 21st to submit an Agreed Order on the Motion, and that I will let her know once it is filed. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/07/2025 | Review: 23-51404-KMS Notice of Mortgage Payment Change Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/11/2025 | Review and approve proposed order by email | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/13/2025 | Review: 23-51404-KMS Order on Motion to Modify Plan Document# 65 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/17/2025 | Review: 23-51404-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 66 | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/19/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring why her plan payments did not decrease any more than $18 after surrendering her vehicle; she requested a call from an attorney; reviewed Motion to Modify, trustee's Response, Order, Confirmed Plan, reviewed calendar and scheduled telephone conference with debtor and TR; drafted reply to debtor providing date and time of call; drafted e-mail memo to TR attaching all documents and informing of debtor's concern and of the call. | 0.30 | $155.00 | $46.50 |
| Service | KAR | 02/19/2025 | Contact Debtor (Text/Email): Reviewed BC for wage order; organized in file; drafted email to debtor providing wage order for her employer | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/25/2025 | Telephone call from TR regarding debtor's plan payment amount and informing debtor needs to review Sch I, J for any discrepancies. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/25/2025 | Call Debtor: Drafted e-mail to debtor attaching Supp Sch I, J; called debtor and explained that I am e-mailed Supplemental schedule I, J to her to review, and if she sees any discrepancies, she needs to let me | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | know; she said she has some medical expenses that she knows are not one there as she is having back issues; informed her that I will send expense for to update and that she will need to send two months pay stubs to review for possibly lowering payments if schedule I, J do not look right to her; drafted e-mail to debtor attaching previously submitted expense form along with a new one to fill out and return along with two months pay for everyone in her household. | | | |
| Service | VM | 03/03/2025 | Incoming Call: Creditor, Oakhill rentals called to inform us debtor is 7 payments behind and that they can assist debtor with getting caught up on payments, created task. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/04/2025 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of delinquency on oakhill rentals | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/01/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor requesting attorney review of her case since her Tahoe has been surrendered; drafted e-mail to TR forwarding message from debtor for his review; drafted reply to debtor informing I will contact the attorney for review. | 0.10 | $155.00 | $15.50 |
| Service | VM | 04/03/2025 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of delinquency on oakhill rentals | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/03/2025 | Reviewed e-mail memo from TR informing regarding review of debtor's case; reviewed debtor's plan; drafted reply to TR inquiring if her plan can be lowered and if he has spoked with her on the phone. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/04/2025 | Contact Debtor (Text/Email): Reviewed memo from TR and JAC regarding debtor's case review; reviewed Schedule I and J and current expense form; drafted e-mail to debtor attaching both along with a blank expense form and informing that the attorney said that since she no longer has to pay for the car, the money that would have gone to the car is now going to unsecured creditors, that her unsecured creditors | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | are now receiving more than 2% (the amount they were originally receiving), that the only way to reduce it back to 2% is to file a budget showing that she has less money left over now, that the amount "left over" is the amount on the bottom of the attached Schedule J - line 23c, and that the amount on that line is basically the amount of her plan payment. | | | |
| Service | JC | 04/09/2025 | Reviewed updated expenses and pay submitted in jpeg format by debtor for review; converted all to pdf format; drafted reply e-mail requesting debtor resubmit pay as it was illegible. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/09/2025 | Contact Debtor (Text/Email): Reviewed pay stubs from debtor; downloaded and converted to pdf; drafted e-mail to debtor informing they are still too small and requested she resend as an attachment instead of inserting in the email. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/09/2025 | Reviewed NFS pay stubs from debtor, converted to pdf and organized in case file; drafted reply to debtor informing I need a password to view her pay stubs. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/09/2025 | Reviewed NFS pay stubs from debtor, converted to pdf and organized in case file; drafted reply to debtor informing I need a password to view her pay stubs. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/09/2025 | Reviewed e-mail from debtor providing password to view her pay stubs; reviewed pay stubs and organized in case file; drafted reply informing we need two months of pay stubs instead of just one months in order for the attorney to review for lowering payments. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/10/2025 | Reviewed additional pay submitted by debtor in jpeg format; converted to pdf format and merged with existing pay; drafted task memo requesting JAC analyzed updated pay and expenses for possible lower payments. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/14/2025 | Analyze to Lower Payments | 0.20 | $360.00 | $72.00 |
| Service | JC | 04/14/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | e-mail to debtor informing payments cannot be lowered due to liquidation amount in plan. | | | |
| Service | JC | 04/14/2025 | Reviewed e-mail from debtor inquiring what paying liquidation amount means; drafted e-mail to Jen inquiring same. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/14/2025 | review & respond to email from JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/14/2025 | Contact Debtor (Text/Email): Reviewed memo from JAC informing the liquidation is the minimum amount that HAS to be paid to unsecured creditors based on the equity in her property (including real &. personal); drafted e-mail to debtor explaining same. | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/01/2025 | Incoming Call: Phone conference with debtor creditor stating they are 9 months behind in the payments for their storage building. Drafted memo to CO. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/14/2025 | Reviewed e-mail memo from CO regarding Oak Hills Rentals contacting her regarding debtor's shed; reviewed Schedules, Plan, trustee's site and case notes; drafted memo to TR inquiring about the lease and debtor's obligation. | 0.40 | $155.00 | $62.00 |
| Service | JC | 05/19/2025 | Call Debtor: Called debtor, left voicemail, drafted text message to debtor requesting a call. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/19/2025 | Incoming Call: Telephone call from debtor; informed her that Oak Hills said she is 9 months behind and inquired if she wanted to keep the shed; she said she mailed $460.00 last week; discussed her calling them as they are willing to work with her if she pays; she said she will call them, that she has their number; discussed that she is on leave right now for knee replacement surgery and will not have any income; she said that her employer is sending in $142.13 from her last days worked; discussed suspending June and July but told her I didn't know how they would handle July as it takes about a month for the approval. | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 05/19/2025 | Reviewed docket for previous Motions to Suspend; reviewed plan to confirm mortgage paid direct; drafted Motion to Suspend Plan Payments for June and July; drafted memo to TR attaching same for his review. | 0.30 | $155.00 | $46.50 |
| Service | TR | 05/21/2025 | Approve Motion to Suspend | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/21/2025 | Reviewed memo from TR with attached Notice, Motion to Suspend, and Proposed Order; prepared Notice with Motion for upload to CertificateofService.com. | 0.10 | $0.00 | $0.00 |
| Service | JC | 05/22/2025 | Reviewed Declaration of Mailing Notice and Motion to Suspend Plan Payments; prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/30/2025 | Review: 23-51404-KMS Release of Wages Document# 70 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/17/2025 | Review: 23-51404-KMS Order on Motion To Suspend Plan Payments Document# 72 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/10/2025 | Review: 23-51404-KMS Order Upon Employer Directing Deductions from Pay Document# 74 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/10/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/01/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor with attached doctor's notice; debtor informed she is scheduled for surgery 08/26; reviewed trustee's site; drafted reply informing I will make note of it, but we cannot do anything further as far as suspending; informed her she is current on her payments so hopefully she can get back to work soon and avoid letting her payments get 2 months behind; informed that anything she can send in until she gets back to work and her wage order resumes will be helpful; drafted e-mail to T. Founds informing her about debtor's surgery. | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 08/06/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing her leave extension was denied and forwarding e-mail from her employer; drafted reply inquiring if she lost her job. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/07/2025 | Call Debtor: Reviewed e-mail from debtor informing she was terminated but she is checking into because it is not right that she was terminated while on medical leave; called debtor, left voicemail, drafted e-mail informing that I will make note of situation but that there is nothing more that we can do at this time. | 0.10 | $155.00 | $15.50 |
| Service | CO | 09/02/2025 | Incoming Call: Phone conference with creditor Oak Hill Rentals, requesting we relay to debtor they are 3 months behind on their payment and are offering her the opportunity to bring her account into good standing by making a partial payment by 9/18/25 and the remainder of the delinquency will be added to the end of her term contract. Called debtor and could not leave a voicemail. Drafted email to debtor with the creditors message and a phone number for her to call to make a payment. Drafted text to debtor requesting she review her email. | 0.30 | $100.00 | $30.00 |
| Service | CO | 09/08/2025 | Review email from debtor: Reviewed email from debtor with a photo of a money order made out to Oak Hill Rentals. | 0.10 | $100.00 | $10.00 |
| Service | JC | 09/17/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing she needs to dismiss her case due to her current circumstances; reviewed case notes - not eligible for conversion or to lower payments; drafted e-mail to debtor explaining the consequences of dismissing her case and requesting reply that she understands. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/18/2025 | Reviewed e-mail from debtor informing she understands the consequences of dismissing her case; reviewed plan; drafted memo to TR attaching same and explaining debtor's situation and reason for wanting to dismiss her case. | 0.10 | $155.00 | $15.50 |

Invoice # 8355 - 10/03/2025

| Service | JC | 09/22/2025 | Reviewed memo from TR approving voluntary dismissal; drafted Motion to Dismiss and proposed Order; converted to pdf format and prepared same for upload to the Court; drafted e-mail to debtor informing the Motion was filed and that the Order dismissing should be entered by next week. | 0.30 | $155.00 | $46.50 |
|---|---|---|---|---|---|---|
| Service | JAC | 09/23/2025 | Review: 23-51404-KMS Release of Wages Document# 78 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/23/2025 | Review: 23-51404-KMS Order on Motion To Dismiss Debtor Document# 77 | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/03/2025 | Reviewed Orders Granting 1st, 2nd, and 3rd Applications for Compensation and 1st, 2nd, and 3rd invoices; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | 0.50 | $155.00 | $77.50 |
| | | | **Services Subtotal** | | | **$2,983.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/15/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $42.47 | $42.47 |
| Expense | 12/05/2024 | Postage: Modified Plan to Credit Acceptance | 1.00 | $0.69 | $0.69 |
| Expense | 05/21/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $28.16 | $28.16 |
| | | **Expenses Subtotal** | | | **$71.32** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.5 | $360.00 | $540.00 |
| Thomas Rollins | Attorney | 1.1 | $360.00 | $396.00 |
| Brooke Brueland | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Jacki Curry | Non-Attorney | 10.5 | $155.00 | $1,627.50 |
| Jacki Curry | Non-Attorney | 0.3 | $0.00 | $0.00 |

| Vanessa Martinez | Non-Attorney | 0.5 | $100.00 | $50.00 |
|---|---|---|---|---|
| Clara Ortega | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Kirsten Raimey | Non-Attorney | 2.7 | $100.00 | $270.00 |
| | | | **Subtotal** | **$3,054.82** |
| | | | **Total** | **$3,054.82** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5562 | 12/08/2023 | $2,455.08 | $0.00 | $2,455.08 |
| 6086 | 04/10/2024 | $4,051.16 | $0.00 | $4,051.16 |
| 7207 | 12/12/2024 | $1,624.54 | $0.00 | $1,624.54 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8355 | 11/02/2025 | $3,054.82 | $0.00 | $3,054.82 |
| | | | **Outstanding Balance** | **$11,185.60** |
| | | | **Total Amount Outstanding** | **$11,185.60** |