**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**    **Shana Renea Nelson**                      **Case No. 23-51404-KMS**
            **, Debtor**                                **CHAPTER 13**

## FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,430.00 | $25.08 | $2,455.08 | 22 | 12/05/23 |
| $4,007.50 | $43.66 | $4,051.16 | 39 | 04/05/24 |
| $1,569.00 | $55.54 | $1,624.54 | 59 | 12/17/24 |
| $2,983.50 | $71.32 | $3,054.82 | n/a | n/a |
| $10,990.00 | $195.60 | $11,185.60 | | |



# INVOICE

Invoice # 5562
Date: 11/08/2023
Due On: 12/08/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Shana Renea Nelson
185 Castlewoods Drive,
Stateline, MS 39362

### 05038-Nelson Shana Renea

## Ch13 Shana *ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | JC | 08/17/2023 | Telephone conference with debtors to obtain full names and SS numbers; reviewed credit report and selected debts to import/exclude; drafted e-mail to debtor attaching credit report for his/her review and reference. | 0.30 | $150.00 | $45.00 |
| Service | KAR | 08/18/2023 | Organized paystubs sent as individual files over several emails | 0.20 | $100.00 | $20.00 |
| Service | JC | 08/18/2023 | Reviewed e-mail from debtor regarding whether to add debts from credit report to GIP; drafted reply to only add what is not on the credit report | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/21/2023 | Telephone call from debtor regarding e-mail she sent to documents@therollinsfirm.com | 0.10 | $150.00 | $15.00 |
| Service | KAR | 08/22/2023 | Reviewed numerous emails from debtor containing pay for husband and organized. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 08/22/2023 | Drafted email to debtor requesting GIP, ss (W), and bank (May statements) | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/22/2023 | Organized documents received from client: bank - Chime W<br>ss card for W<br>Cadence<br>Cashapp<br>Chime H and W<br>Tax Returns<br>DLs | 0.60 | $100.00 | $60.00 |

| Service | JC | 08/23/2023 | Telephone call from debtor regarding bank statements she thought she sent; reviewed all bank statements in her case file and told her what else we need; reviewed e-mails for her GIP - told her not received | 0.20 | $150.00 | $30.00 |
|---------|-----|------------|---|------|---------|--------|
| Service | KAR | 08/23/2023 | Drafted email to debtor requesting completed GIP | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/24/2023 | Organized additional bank received - Cadence | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/29/2023 | Organized GIP | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/29/2023 | Organized Bills (9) provided by client | 0.30 | $100.00 | $30.00 |
| Service | KAR | 08/29/2023 | Organized additional bills (7 bills) provided by client | 0.30 | $100.00 | $30.00 |
| Service | KAR | 08/29/2023 | Drafted email to debtor requesting August bank statements and August pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/31/2023 | Organized additional pay for H and W | 0.20 | $100.00 | $20.00 |
| Service | KAR | 09/05/2023 | Organized additional bank for H and W | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/05/2023 | Organized additional bank statements provided by client | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/05/2023 | Drafted email to debtor requesting remaining GIP information, bank, and pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/06/2023 | Organized GIP pages provided by client | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/07/2023 | Organized additional bank statements provided by client | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/07/2023 | Organized additional pay - W | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/15/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.50 | $350.00 | $175.00 |
| Service | JAC | 09/15/2023 | Prepare matrix for debtors to review | 0.10 | $350.00 | $35.00 |
| Service | JC | 09/15/2023 | Drafted e-mail to debtors attaching creditor matrix for their review. | 0.10 | $150.00 | $15.00 |
| Service | JC | 09/15/2023 | Called debtors, left voicemail, drafted text message regarding waiting to file until both debtors are eligible for discharge | 0.10 | $150.00 | $15.00 |
| Service | JC | 09/15/2023 | Telephone call from debtor regarding filing single instead of joint | 0.10 | $150.00 | $15.00 |
| Service | KAR | 09/18/2023 | Text correspondence with debtor to obtain loan information | 0.20 | $100.00 | $20.00 |

| Service | JC | 09/20/2023 | Reviewed memo from JAC regarding needing confirmation that husband is no longer filing bankruptcy with wife; drafted e-mail to husband for confirmation | 0.10 | $150.00 | $15.00 |
|---------|-----|-----------|---|------|---------|--------|
| Service | JC | 09/26/2023 | Drafted follow-up email to husband to make sure he no longer planning to file with wife | 0.10 | $150.00 | $15.00 |
| Service | JC | 09/27/2023 | Reviewed e-mail from husband confirming he is not filing at this time, that wife will file single. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 09/29/2023 | Input Case - remove Husband & all of husband's debts. Add husband as co-signer on joint debts. | 0.20 | $350.00 | $70.00 |
| Service | JAC | 09/29/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.80 | $350.00 | $280.00 |
| Service | JAC | 09/29/2023 | Input Case - draft email to debtor with plan payment | 0.20 | $350.00 | $70.00 |
| Service | JC | 10/02/2023 | Drafted e-mail to debtor attaching updated creditor matrix for her review. | 0.10 | $150.00 | $15.00 |
| Service | JC | 10/04/2023 | Drafted text message to debtor inquiring if she is ready to move forward with her bankruptcy. | 0.10 | $150.00 | $15.00 |
| Service | JC | 10/04/2023 | Reviewed text message and telephone call from debtor informing she is ready to move forward with her bankruptcy. | 0.10 | $150.00 | $15.00 |
| Service | JC | 10/04/2023 | Reviewed e-mail from debtor regarding creditor matrix; drafted memo to JAC regarding same | 0.10 | $150.00 | $15.00 |
| Service | JAC | 10/05/2023 | review & respond to email from JC re: clients approval of filing | 0.10 | $350.00 | $35.00 |
| Service | JAC | 10/10/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | KAR | 10/11/2023 | Drafted email to debtor requesting September bank and pay | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/11/2023 | Conference w/ client to review and sign initial papers | 0.40 | $350.00 | $140.00 |
| Service | JAC | 10/11/2023 | Send Debtor(s) text with the case number | 0.10 | $350.00 | $35.00 |
| Service | JAC | 10/11/2023 | Prepare final documents and file w/ court | 0.30 | $350.00 | $105.00 |
| Service | JC | 10/12/2023 | Drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/16/2023 | Review: 23-51404-KMS Meeting of | 0.20 | $350.00 | $70.00 |

| | | | Creditors Chapter 13 Document# 9 | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 10/17/2023 | Drafted email to debtor instructions on how to complete the NSLDS | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/17/2023 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $350.00 | $70.00 |
| Service | JC | 10/17/2023 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format to upload to COS | 0.10 | $150.00 | $15.00 |
| Expense | BI | 10/17/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $25.08 | $25.08 |
| Service | KAR | 10/17/2023 | Organized NSLDS received from debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/17/2023 | Drafted email to debtor containing Trustee information for her payments | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/18/2023 | Reviewed Declaration of Mailing Notice of Plan from COS and filed. | 0.10 | $150.00 | $15.00 |
| Service | JC | 10/19/2023 | Reviewed e-mail fr debtor informing Nationwide is still contacting her; drafted reply to give them another week and if still contacting to let me know. | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/25/2023 | Review: Proof of Claim 23-51404-KMS American Credit Acceptance Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review: 23-51404-KMS Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review: Proof of Claim 23-51404-KMS Capital One N.A. Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | JC | 10/26/2023 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; drafted e-mail to debtor requesting additional bank statements for Cadence, CashApp, and Chime along with pay for debtor and NFS. | 0.50 | $150.00 | $75.00 |
| Service | TR | 10/26/2023 | Review: Proof of Claim 23-51404-KMS Quantum3 Group LLC as agent for Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | JC | 10/27/2023 | Reviewed 4 e-mails from debtor attempting to send pay stubs; all 4 were encrypted and I could not view; drafted e-mail back to | 0.10 | $150.00 | $15.00 |

| | | | debtor informing same. | | | |
|---------|-----|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
| Service | TR | 10/30/2023 | Review: Proof of Claim 23-51404-KMS 21st Mortgage Corporation Document # 4 | 0.20 | $350.00 | $70.00 |
| Service | JC | 10/31/2023 | Reviewed additional bank and pay submitted by debtor in jpeg format; converting to pdf format; called debtor to identify the account to which the bank screenshots belong; merged with existing bank and pay; drafted e-mail sending bank, pay, tax, photo ID and SS card to trustee; organized in case file | 0.40 | $150.00 | $60.00 |
| Service | KAR | 11/06/2023 | Drafted email to debtor stating that the payment she sent to 21st Mortgage on 10/25/2023 was short for completing the 10/02/2023 payment. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/06/2023 | Reviewed email from debtor stating that the payment for October was $1490 and sent screenshots where she paid $1490 in total - she asked how much was the mortgage company saying her payment was short; drafted email back to debtor letting her know that I was unsure of how short the payment was but that I would check and let her know. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/06/2023 | Telephone conference with debtor asking for an update on the payment with discrepancy for 21st mortgage; told her I emailed TC about it but that he has been in court all day so he has not had time to respond, but let her know I would call her when I knew more. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/06/2023 | Drafted email to Austin at 21st Mortgage asking how short the debtors mortgage payment was | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/07/2023 | Review: Proof of Claim 23-51404-KMS Nationwide Recreation Document # 5 | 0.20 | $350.00 | $70.00 |
| Service | KAR | 11/07/2023 | Drafted email to debtor letting her know that I emailed 21st mortgage to see how short her payment was, but that they have not gotten back to me; told her I would let her know something as soon as I heard back from them | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/07/2023 | Reviewed email from debtor asking if I sent 21st mortgage the screenshots she sent me with her payment information; drafted an email back letting her know that I did attached the screenshots to the email I sent 21st Mortgage | 0.10 | $100.00 | $10.00 |

| Service | JC | 11/07/2023 | Reviewed e-mail from trustee's office requested non-filing spouse's tax returns; drafted reply e-mail attaching same. | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | TR | 11/08/2023 | Review and revise itemizations | 0.30 | $350.00 | $105.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.7 | $350.00 | $945.00 |
| Thomas Rollins | | Attorney | 1.7 | $350.00 | $595.00 |
| Jacki Curry | | Non-Attorney | 3.2 | $150.00 | $480.00 |
| Kirsten Raimey | | Non-Attorney | 4.1 | $100.00 | $410.00 |
| | | | | **Total** | **$2,455.08** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5562 | 12/08/2023 | $2,455.08 | $0.00 | $2,455.08 |
| | | | **Outstanding Balance** | **$2,455.08** |
| | | | **Total Amount Outstanding** | **$2,455.08** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6086
Date: 03/11/2024
Due On: 04/10/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Shana Renea Nelson
185 Castlewoods Drive,
Stateline, MS 39362

### 05038-Nelson Shana Renea

## Ch13 Shana *ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 11/08/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Service | KR | 11/08/2023 | Reviewed the First Application for Compensation; prepared for upload to COS | 0.10 | $150.00 | $15.00 |
| Expense | BB | 11/08/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $37.00 | $37.00 |
| Service | KR | 11/08/2023 | Received and reviewed the COS for the Notice of Application; prepared the notice of filing, the motion for Application for Compensation, the Proposed Order for the Application for Compensation and the Invoices for upload to the court | 0.20 | $150.00 | $30.00 |
| Service | KAR | 11/09/2023 | Drafted email to Austin with 21st Mortgage since I have not heard from him regarding the payment for Mrs. Nelson | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/09/2023 | Prepare and file certificate of compliance re: payment advices sent to Trustee | 0.10 | $150.00 | $15.00 |
| Service | TR | 11/13/2023 | Call Δ to discuss filing SL discharge AP - discussed that her school was closed - she would like to proceed with the AP - at the end of the call we also discussed the shortage the the mortgage company is claiming re: payments - updated her on status of our communication w/ them | 0.20 | $350.00 | $70.00 |
| Service | TR | 11/13/2023 | Review file to determine eligibility for student loan discharge | 0.80 | $350.00 | $280.00 |

| Service | TR | 11/13/2023 | Draft attestation for student loan discharge | 1.30 | $350.00 | $455.00 |
|---|---|---|---|---|---|---|
| Service | JC | 11/13/2023 | Reviewed e-mail from debtor submitting mortgage documents for TR's review; drafted reply to debtor that documents are very blurry and illegible, requested she scan and e-mail or fax. | 0.10 | $150.00 | $15.00 |
| Service | JC | 11/15/2023 | Reviewed memo from TR and e-mail from 21st Mortgage regarding shortage on mortgage payment; called debtor, left voicemail, drafted text message regarding same. | 0.10 | $150.00 | $15.00 |
| Service | JC | 11/15/2023 | Drafted text message to debtor requesting she resend 21st Mortgage document as the ones submitted were blurry and illegible. | 0.10 | $150.00 | $15.00 |
| Service | JC | 11/15/2023 | Telephone call from debtor informing she had already sent to me the pay stubs that BM is requesting for student loans; reviewed the pay stubs on file - told debtor the last ones I received and that she needs to send all received after that time; drafted memo to BM regarding same. | 0.10 | $150.00 | $15.00 |
| Service | KAR | 11/17/2023 | Organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/17/2023 | Drafted email to debtor requesting NFS pay for 9/15, 9/29, October and whatever November pay he has received. | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/17/2023 | Conference w/ client to review and revise Attestation | 0.40 | $350.00 | $140.00 |
| Service | BB | 11/20/2023 | Contact Debtor: Phone conference with debtor having issues with her meeting of creditors. Advised to stay in the meeting queue and someone will admit her. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/20/2023 | Telephone conference with debtor helping with her zoom call for the meeting of creditors | 0.30 | $150.00 | $45.00 |
| Service | JAC | 11/20/2023 | Ch 13 Meeting of Creditors | 0.60 | $350.00 | $210.00 |
| Service | TR | 11/20/2023 | Call Δ to discuss keeping or surrendering the pool - she chose surrender | 0.20 | $350.00 | $70.00 |
| Service | TR | 11/21/2023 | Review: 23-51404-KMS Personal Financial Management Course (Certificate) Document# 17 | 0.10 | $350.00 | $35.00 |
| Service | KAR | 11/22/2023 | Creditor from Oak Hill Rentals called regarding debtor; drafted memo to JC to call back | 0.10 | $100.00 | $10.00 |

| Service | JAC | 11/22/2023 | Modify Plan - provide treatment for Nationwide Recreation. Update amount owed to American Credit Acceptance | 0.10 | $350.00 | $35.00 |
|---------|-----|------------|----|------|---------|--------|
| Service | BB | 11/22/2023 | Contact Debtor: Drafted email to debtor inquiring after documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/22/2023 | Review email from debtor: Reviewed email from debtor asking if the documents needed have to do with student loans. Drafted reply letting her know that it is. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/22/2023 | Telephone conference with Sara w Oak Hill Rentals per her request; she said she did not see the lease in the BK and was wondering how it is being handled; I told her leases is n the BK, but not paid in plan; she discussed debtor's delinquency; telephone conference with debtor regarding same; she said she will take care of it. | 0.20 | $150.00 | $30.00 |
| Service | JC | 11/22/2023 | Telephone conference with debtor requesting she resend the 21st Mortgage documents that were illegible; she informed she does not need to send them in any longer as they have paid the shortage amount. | 0.10 | $150.00 | $15.00 |
| Service | BB | 11/27/2023 | Review and organize documents provided by debtor: Reviewed email from debtor with husbands pay stubs needed for filing. Merged and organized documents into client documents file. | 0.30 | $100.00 | $30.00 |
| Service | TR | 11/29/2023 | Review: Proof of Claim 23-51404-KMS Oak Hill Rentals, LLC. Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/29/2023 | Draft Complaint and cover sheet re: discharge of Student Loans | 1.10 | $350.00 | $385.00 |
| Service | JAC | 11/29/2023 | Revise AP, coversheet & attestation drafted by TR. Mark up with changes | 0.40 | $350.00 | $140.00 |
| Service | JC | 12/01/2023 | Drafted e-mail to debtor via Clio e-sign to obtain signature on Attestation regarding student loans. | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/04/2023 | Review signed attestation - prepare final versions of Complaint and Cover Sheet and file on ECF | 0.20 | $350.00 | $70.00 |
| Service | JAC | 12/04/2023 | Prepare plan for debtor to review and sign | 0.10 | $350.00 | $35.00 |
| Service | JC | 12/04/2023 | Reviewed Attestation executed by debtor; drafted memo to TR attaching same. | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/04/2023 | Review: 23-51404-KMS Objection to Confirmation of the Plan Document# 19 | 0.20 | $350.00 | $70.00 |

| Service | JAC | 12/05/2023 | Check "funds remaining" box in section 5.1 per TT obj to Confirmation | 0.10 | $350.00 | $35.00 |
|---------|-----|------------|----------------------------------------------------------------------|------|---------|--------|
| Service | TR | 12/05/2023 | Review: 23-51404-KMS Order Setting, Resetting, or Continuing a Hearing Document #21 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/05/2023 | Review: 23-51404-KMS Order on Application for Compensation Document #22 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/05/2023 | Review: 23-51404-KMS Minute Entry (CHAP) Document# 20 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 12/05/2023 | Prepare Summons and complaint for service | 0.10 | $350.00 | $35.00 |
| Expense | BB | 12/06/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $5.39 | $5.39 |
| Service | JC | 12/06/2023 | Drafted e-mail via Clio e-sign to obtain debtor's signature on Amended Plan. | 0.10 | $150.00 | $15.00 |
| Service | JC | 12/08/2023 | Drafted auto-stay violation letter to Own Lease; reviewed Notice of Filing; prepared letter, enclosures, and envelope for mailing; drafted memo with letter and Notice attached to GM to obtain TR's approval and signature. | 0.20 | $150.00 | $30.00 |
| Service | JC | 12/11/2023 | Reviewed Notice of Filing and Amended Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to COS. | 0.10 | $150.00 | $15.00 |
| Service | JC | 12/12/2023 | Reviewed Declaration of Mailing Notice of Modified Plan received from COS and prepared for filing with the Court. | 0.10 | $150.00 | $15.00 |
| Service | JC | 12/12/2023 | Telephone call from debtor regarding Notice of Hearing received in the mail. | 0.10 | $150.00 | $15.00 |
| Expense | JC | 12/12/2023 | Postage: Letter to Own Lease | 1.00 | $0.63 | $0.63 |
| Service | JC | 12/12/2023 | Drafted e-mail to debtor attaching letter to Own Lease sent on her behalf. | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/13/2023 | Draft email to Sam Duncan re: Objection to Confirmation hearing | 0.20 | $350.00 | $70.00 |
| Service | BB | 12/13/2023 | Contact Debtor: Drafted email to debtor inquiring after documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/15/2023 | Review: Proof of Claim 23-51404-KMS LVNV Funding, LLC Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/15/2023 | Review: Proof of Claim 23-51404-KMS Premier Bankcard, LLC Document # 7 | 0.10 | $350.00 | $35.00 |

| Service | JC | 12/18/2023 | Reviewed e-mail from debtor with Own Lease bill; drafted reply that we sent a letter last week, and it will take time for them to stop sending. | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | JC | 12/18/2023 | Reviewed e-mail from debtor inquiring when Own Lease auto-stay letter was mailed; drafted reply informing 12/08/23. | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/19/2023 | Review: 23-51404-KMS Minute Entry (CHAP) Document# 28 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/21/2023 | Review claims register and compare to the Plan to determine if additional claims are needed -none needed | 0.10 | $350.00 | $35.00 |
| Service | JC | 01/03/2024 | Reviewed two e-mails from debtor with screenshots of Own Lease's debit from Cadence which sent account into overdraft; reviewed memo from BM to return debtor's call; telephone conference with Own Lease; informed me debtor needs to contact them as they need her to fill out an authorization for them to speak with me; drafted reply e-mail to debtor informing same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 01/04/2024 | Reviewed and replied to several e-mails from debtor regarding giving Own Lease permission to speak with me about her account. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/04/2024 | Telephone call from debtor; she added Judine from Own Lease on the line; discussed the bankruptcy and that debtor's account has been debited; she said that the debtor had to contact them to let them know the bankruptcy had been filed in order to stop the debit; reviewed Notice of Filing and Matrix; I told her that the Court sent Notice of the filing on 10/18/23 and that created an automatic stay wherein they could not contact the debtor for billing nor could they draft her account for payment; I told her we sent a letter on 12/08/23 letting them know they had violated the auto stay; Judine said she will escalate the claim and get contact stopped and a refund processed to the debtor; she said it will take about 48 hours; she will contact me to let me know it has been taken care of | 0.30 | $155.00 | $46.50 |
| Service | BB | 01/04/2024 | Contact Debtor: Drafted email to debtor inquiring after documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | TR | 01/04/2024 | Review: 23-51404-KMS Order on Objection to Confirmation Document #29 | 0.10 | $360.00 | $36.00 |

| Service | JC | 01/05/2024 | Reviewed e-mail from BI forwarding a message from debtor stating she submitted pay stubs to me. Reviewed e-mail and pay in case file. Drafted reply e-mail to BI with the only pay I have attached and informing I have not received any pay from the debtor since October. | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | JC | 01/11/2024 | Telephone conference with debtor to find out if her money had been returned; she checked her account and said there was a credit for the amount debited by Own "pending investigation"; she said she took the auto-stay violation letter to the bank; she will let me know if it is reversed at any point; she also asked about a letter she got from the trustee; it is an Objection to Confirmation; told her it happens all the time and the attorney will handle. | 0.20 | $155.00 | $31.00 |
| Service | JC | 01/12/2024 | Reviewed memo from GM with attached homeowner's insurance request from 21st Mortgage to Demetrius Nelson - NFS; reviewed Schedules; debtor is also listed on the mortgage; drafted e-mail to debtor with attached correspondence from 21st Mortgage and requesting insurance declaration page. | 0.20 | $155.00 | $31.00 |
| Service | JC | 01/22/2024 | Reviewed e-mail from Own.Lease forwarded by debtor; drafted reply to debtor to send account number so I can contact them. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/22/2024 | Reviewed e-mail from debtor inquiring if I knew we had already sent a letter and spoken with Own.Lease; drafted reply, yes, but in order for me to call, I have to have the account number so they will know what account I am referring to. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/22/2024 | Reviewed e-mail from debtor with screenshot of account number for Own.Lease; called and spoke with Britanio with Own; she reviewed the case file; the $600+ debit was reversed on 01/04/24; she said the case has been flagged for bankrutpcy; I told her debtor is still receiving e-mails; she said they are auto-drafted and to disregard them; telephone conference with debtor regarding same; she checked her account while on the phone, and the amount has been credited; she said she didn't know if the credit was because she filed a claim with the bank or if Own credited it; I told her they reversed it on 01/04/2024 so it should stand. | 0.30 | $155.00 | $46.50 |

| Service | TR | 01/28/2024 | Review: 23-51404-KMS Order Confirming Chapter 13 Plan Document #31 | 0.10 | $360.00 | $36.00 |
|---------|----|-----------|--------------------------------------------------------------------|------|---------|--------|
| Service | TR | 01/28/2024 | Review: Proof of Claim 23-51404-KMS Koalafi Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/29/2024 | Draft email to Drew Norwood re: SL Discharge and attaching attestation and supporting documents | 0.20 | $360.00 | $72.00 |
| Service | JC | 01/31/2024 | Reviewed screenshot from debtor of e-mail from OwnLease informing their attempt to debit her account failed; telephone conference with Tajay with Own; told him debtor is receiving e-mails constantly and they are still trying to debit her account; I told him we sent a letter in the beginning of December and I have talked with two people from Own since then; he reviewed her case and said he sees where it is in bankruptcy and that he cannot stop the contact. I again told him they are trying to debit her account; he reviewed and said there is no payment information on file, so the account will not be debited; he said she will continue to get the e-mails that the payment failed; called debtor; she was okay with it but said she gets text messages almost daily from them; stepped her through blocking the text messages; e-mailed TC regarding stopping the contact. | 0.60 | $155.00 | $93.00 |
| Service | TR | 01/31/2024 | Review email memo from JC re: automatic stay violation, draft text of second warning letter for JC to draft and mail to client. | 0.40 | $360.00 | $144.00 |
| Service | JC | 02/07/2024 | Drafted final notice letter to Own Lease; reviewed Notice of Filing; drafted memo with letter and Notice attached to GM to obtain TR's approval and signature. | 0.20 | $155.00 | $31.00 |
| Service | TR | 02/12/2024 | Review: 23-51404-KMS Motion to Allow Late Filed / Amended or Supplemental Claims Document# 34 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/12/2024 | Review: 23-51404-KMS Notice of Mortgage Payment Change Document# doc | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/13/2024 | Drafted e-mail to debtor attaching copy of letter mailed to Own Lease on her behalf. | 0.10 | $155.00 | $15.50 |
| Expense | JC | 02/13/2024 | Postage: Second Notice to Own Lease | 1.00 | $0.64 | $0.64 |
| Service | BB | 02/16/2024 | Contact Debtor: Drafted email to debtor requesting up to date pay statements for her and her husband. | 0.10 | $100.00 | $10.00 |

| Service | TR | 02/20/2024 | Review: 23-51404-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document #35 | 0.10 | $360.00 | $36.00 |
|---------|----|-----------:|---|-----:|--------:|-------:|
| Service | BB | 02/22/2024 | Contact Debtor: Drafted email to debtor inquiring after documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/26/2024 | Review email from debtor: Reviewed email from debtor requesting which pay stubs are needed for filing. Drafted reply email informing debtor of which ones are needed. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/06/2024 | Contact Debtor: Drafted email to debtor inquiring after documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/07/2024 | Reviewed Certified Mail receipt from Nationwide Recreation; organized in case file. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/07/2024 | Reviewed Certified Mail receipt from Muktasuri; organized in case file. | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/08/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized pay documents into client documents file. | 0.30 | $100.00 | $30.00 |
| Service | TR | 03/11/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---:|---:|---:|
| | Jennifer Curry Calvillo | Attorney | 1.4 | $350.00 | $490.00 |
| | Thomas Rollins | Attorney | 1.4 | $360.00 | $504.00 |
| | Thomas Rollins | Attorney | 5.8 | $350.00 | $2,030.00 |
| | Brooke Brueland | Non-Attorney | 1.5 | $100.00 | $150.00 |
| | Jacki Curry | Non-Attorney | 2.7 | $155.00 | $418.50 |
| | Jacki Curry | Non-Attorney | 1.9 | $150.00 | $285.00 |
| | Kirsten Raimey | Non-Attorney | 0.4 | $100.00 | $40.00 |
| | Kerri Rodabough | Non-Attorney | 0.6 | $150.00 | $90.00 |
| | | | | **Total** | **$4,051.16** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5562 | 12/08/2023 | $2,455.08 | $0.00 | $2,455.08 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6086 | 04/10/2024 | $4,051.16 | $0.00 | $4,051.16 |

| | | |
|---|---|---|
| Outstanding Balance | $6,506.24 |
| Total Amount Outstanding | $6,506.24 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7207
Date: 11/12/2024
Due On: 12/12/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Shana Renea Nelson

## 05038-Nelson Shana Renea

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 03/11/2024 | Draft fee application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | JC | 03/11/2024 | Reviewed memo from TR with attached Notice, Application for Compensation, Proposed Order, and Invoice; prepared Notice with Application and Invoice for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/11/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized several pay documents into client documents file. | 0.40 | $100.00 | $40.00 |
| Service | JC | 03/12/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/13/2024 | Drafted auto stay letter to P&B for Rocky Mountain/Credit Ninja; reviewed Notice of Filing; drafted memo with letter and Notice attached to GM to obtain TR's approval and signature. | 0.30 | $155.00 | $46.50 |
| Service | TR | 03/21/2024 | Phone call w/ client to discuss email from US Attorney on attestation - draft response email while she is on the phone. Review file to help draft answers to the questions | 0.60 | $360.00 | $216.00 |
| Service | JC | 03/22/2024 | Contact Debtor (Text/Email): Reviewed voicemail from Oak Hill Rentals regarding debtor contacting them to work out | 0.10 | $155.00 | $15.50 |

| | | | delinquency on direct-pay debt; drafted text message to debtor regarding same. | | | |
|---|---|---|---|---|---|---|
| Service | JC | 03/25/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor attaching letter to P&B for Rocky Mountain/Credit Ninja. | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/02/2024 | Review: Proof of Claim 23-51404-KMS US Department of Education/MOHELA Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/09/2024 | Review: 23-51404-KMS Amended Order Upon Employer Directing Deductions from Pay Document #41 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/02/2024 | review & respond to email from BB | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/07/2024 | Call Debtor: Telephone conference with debtor; reviewed Motion for Relief filed by 21st Mortgage with her; she said the amount due includes May's payment and a small portion for April; they are paying the April delinquent amount tomorrow; discussed hearing on June 6 and stressed the importance of having May paid in full before the hearing; told her TR will attend on their behalf; she asked what the MFR does - explained same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/08/2024 | Reviewed receipts from debtor showing payment to 21st Mortgage on 4/28, 5/1, and 5/8. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/09/2024 | Incoming Call: Reviewed e-mail and telephone call from debtor regarding Notice of Hearing she received and MFR filed by 21st; informed her that TR will attend on her behalf; she asked why 21st would file the Motion when she was not even a full month behind; explained that they are just staying on top of the account since it is in bankruptcy; explained that the best thing she can do is make sure she stays current. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/28/2024 | Reviewed Motion for Relief filed by 21st Mortgage; reviewed 21st Mortgage's POC; drafted Response to MFR; drafted memo to TR with Response attached for his review. | 0.40 | $155.00 | $62.00 |
| Service | TR | 05/28/2024 | Review file, draft email to Ed Lawler re: MFR hearing | 0.20 | $360.00 | $72.00 |
| Service | JC | 05/30/2024 | Drafted follow-up memo to TR regarding Response to MFR. | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/30/2024 | Review and approve response drafted by JC | 0.10 | $360.00 | $36.00 |

| Service | JC | 05/30/2024 | Reviewed memo from TR approving Response to 21st Mortgage's MFR and prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
|---------|-----|-----------|-----------|------|---------|--------|
| Service | TR | 05/31/2024 | Review Consent Judgment recieved from DOE | 0.40 | $360.00 | $144.00 |
| Service | JC | 06/04/2024 | Contact Debtor (Text/Email): Called debtor, left voicemail, drafted e-mail attaching Consent Judgment for debtor's signature and explaining same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/06/2024 | Contact Debtor (Text/Email): Drafted text message to debtor regarding signing Consent Judgment. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/13/2024 | Reviewed Consent Judgment executed by debtor via Clio e-sign; revised to add her e-signature; drafted memo to TR attaching same | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/14/2024 | Review and sign proposed AO via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/21/2024 | Review signed consent judgement and draft email to USA Gregg Mayer | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/27/2024 | Review student loan stipulation received from Greg Mayer by email | 0.40 | $360.00 | $144.00 |
| Service | JC | 07/02/2024 | Incoming Call: Reviewed voicemail from Oak Hill Rentals regarding debtor contacting them to work out delinquency for April and May on direct-pay debt; drafted text message to debtor regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/08/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring about 21st Mortgage update; reviewed Agreed Order on 21st Mortgage's MFR; drafted e-mail to debtor attaching AO and explaining same | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/09/2024 | Review email from USA re: stipulation and consent judgement - upload same to CM/ECF | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/10/2024 | Review: 23-51404-KMS Amended Order Upon Employer Directing Deductions from Pay Document #53 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/11/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor attaching amended wage order and explaining her plan payment increase. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/11/2024 | Drafted task memo to BB to follow up on amended wage order implementation. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/11/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor regarding not being happy | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | with amended wage order and that she does not feel she should pay 21st Mortgage's court costs; drafted reply informing that unfortunately, creditors pass their costs along to their clients if they feel they need to take legal action to collect their money. | | | |
| Service | TR | 07/12/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | BB | 08/21/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website and confirmed the trustee is receiving the proper amount in payments through wage order. | 0.10 | $100.00 | $10.00 |
| **Non-billable services** | | | | | | |
| Service | TR | 04/05/2024 | Review: 23-51404-KMS Order on Application for Compensation Document #39 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | TR | 05/06/2024 | Review: 23-51404-KMS Motion for Relief From Stay Document# 43 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | TR | 05/06/2024 | Review: 23-51404-KMS Hearing Set - Bankruptcy Document# 46 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | KAR | 05/09/2024 | Incoming Call: Debtor called requesting to speak with JC; transferred call to JC | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | TR | 05/31/2024 | Email instructions to staff re: reviewing consent judgement w/ client and getting signature | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | TR | 06/05/2024 | Review: 23-51404-KMS Minute Entry (CHAP) Document# 50 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JC | 06/10/2024 | Contact Debtor (Text/Email): Drafted text message to debtor regarding signed Consent Judgment; reviewed reply that she printed, signed, and mailed to us. | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | JC | 06/12/2024 | Received Consent Judgment signed by debtor and mailed in; drafted memo to TR attaching same and to find out how to handle it. | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | JC | 06/12/2024 | Contact Debtor (Text/Email): Video conference with TR regarding debtor signing Consent Judgment for SLs; the form she mailed in was in a weird format; changed from doc format to pdf; drafted e-mail via Clio e-sign to obtain debtor's signature on same. | ~~0.30~~ | ~~$155.00~~ | ~~$46.50~~ |
| Service | TR | 06/21/2024 | Review email memo from JC re: client | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |

Invoice # 7207 - 11/12/2024

| | | | signature on attestation | | | |
|---|---|---|---|---|---|---|
| Service | JC | 06/21/2024 | Reviewed memo from TR requesting certification for e-signature on Consent Judgment; drafted reply memo attaching same. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 07/02/2024 | Incoming Call: Received a call from Maggie with Oak Hill Rental requesting to speak with someone regarding the debtor; transferred call to JC | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/02/2024 | Review: 23-51404-KMS Order on Motion For Relief From Stay Document #51 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/24/2024 | Review: Proof of Claim 23-51404-KMS Premier Bankcard, LLC Document # Amended 7 | 0.10 | $360.00 | $36.00 |
| | | | | **Services Subtotal** | | **$1,569.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/11/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $54.90 | $54.90 |
| Expense | 03/21/2024 | Postage: Letter to P&B | 1.00 | $0.64 | $0.64 |
| | | | **Expenses Subtotal** | | **$55.54** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | | Attorney | 2.9 | $360.00 | $1,044.00 |
| Brooke Brueland | | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Jacki Curry | | Non-Attorney | 2.6 | $155.00 | $403.00 |
| | | | | **Subtotal** | **$1,624.54** |
| | | | | **Total** | **$1,624.54** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5562 | 12/08/2023 | $2,455.08 | $0.00 | $2,455.08 |
| 6086 | 04/10/2024 | $4,051.16 | $0.00 | $4,051.16 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7207 | 12/12/2024 | $1,624.54 | $0.00 | $1,624.54 |

| | Outstanding Balance | $8,130.78 |
|---|---|---|
| | Total Amount Outstanding | $8,130.78 |